JACOB KLEIN, Respondent, *v.* MARTIN T. GARVEY, Appellant.

*Klein* v. *Garvey,* 112 App. Div. 911, affirmed.
(Argued April 11, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 11, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Carl Schurz Peirasch* and *Henry S. Mansfield* for appellant.

*Julius Hilbern Cohn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

RATJE BUNKE, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

*Bunke* v. *New York Telephone Co.,* 110 App. Div. 241, affirmed.
(Argued April 11, 1907; decided April 30, 1907.)

. APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1906, affirming a judgment of the Appellate Term which affirmed a judgment of the Municipal Court of the city of New York in favor of plaintiff entered upon a verdict in an action to recover for an alleged trespass.

*Alfred B. Cruikshank* and *John H. Cahill* for appellant.

*Thaddeus D. Kenneson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.